```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    5/29/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOURDES SALGADO, *individually and on behalf* :
*of all others similarly situated*,                               :
                                                                  :
                                        Plaintiff,                :       18-CV-2115 (VEC)
                                                                  :
                    -against-                                     :       ORDER
                                                                  :
                                                                  :
ACCOUNT CONTROL TECHNOLOGY, INC.,                                 :
                                                                  :
                                                                  :
                                        Defendant.                :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 25, 2018, the parties reported that they reached a settlement [Dkt. 13];

WHEREAS on April 26, 2018 the Court entered an Order directing that this action be dismissed without costs on **May 28, 2018** unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement [Dkt. 14]; and

WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

IT IS HEREBY ORDERED that this action shall be dismissed. The Clerk of Court is respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

**Date: May 29, 2018**                                     **VALERIE CAPRONI**
**      New York, NY**                                     **United States District Judge**